IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01251-REB-MJW

ERIC TAYLOR,

Plaintiff,

v.

WALTER CHARNOFF, an individual,
RENTRANGE, LLC, a Colorado limited liability company, and
DANIEL COOK, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      On August 29, 2014, Plaintiff filed a Motion for Leave to Amend Complaint (Docket No. 24) in which he seeks only to identify a John Doe defendant as Daniel Cook.  He lodged a proposed Amended Complaint (Docket No. 24-1) making that change and no other changes.  Although Plaintiff did not include in his motion any statement reflecting his efforts to confer with opposing counsel or opposing counsel's views on the motion, the Court has called both parties and been advised that Defendants' attorneys do not oppose the motion.  Further, pursuant to Fed. R. Civ. P. 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires."

      It is hereby ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Docket No. 24) is GRANTED.  Plaintiff's Amended Complaint (Docket No. 24-1) is ACCEPTED for filing as of the date of this minute order.  It is further ORDERED that the caption of this case be amended to identify the John Doe defendant as Daniel Cook.

Date: September 2, 2014