**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01251-REB-MJW

ERIC TAYLOR,

    Plaintiff,

v.

WALTER CHARNOFF, an individual,
RENTRANGE, LLC, a Colorado limited liability company, and
JOHN DOE, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation To Dismiss With Prejudice** [#30][1] filed October 14, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#30] filed October 14, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set June 15, 2015, are **VACATED**;

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the jury trial set to commence June 29, 2015, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 15, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge